UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARCUS RAFFIELD | * | CIVIL ACTION NO. 06-10758 |
| | * | |
| VERSUS | * | SECTION "B" |
| | * | |
| Y&S MARINE INC., JAMES SYLVE, | * | MAGISTRATE (1) |
| AND SUPERIOR ENERGY | * | |
| SERVICES INC. | * | JUDGE LEMELLE |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the Joint Motion to Dismiss with Prejudice the Plaintiff's Damage Claims of Jones Act Negligence and Unseaworthiness Against Defendant Y & S Marine, Inc.;

**IT IS HEREBY ORDERED** that the Plaintiff's damage claims for Jones Act negligence and Unseaworthiness against Defendant Y & S Marine, Inc. are hereby dismissed with prejudice; further

**IT IS HEREBY ORDERED** that the Court's Minute Entry of October 26, 2007 requesting that the parties set Defendant Y & S Marine, Inc.'s Motion for Partial Summary Judgment for expedited hearing is moot as the issues contained in Defendant Y & S Marine, Inc.'s Motion for Partial Summary Judgment are dealt with in the Joint Motion to Dismiss with Prejudice the Plaintiff's Claims for Jones

Act Damages and Unseaworthiness Damages Against Defendant Y & S Marine, Inc.

New Orleans, Louisiana, this 7th day of  December , 2007.

_____
UNITED STATES DISTRICT JUDGE