UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARCUS RAFFIELD** | **CIVIL ACTION** |
| **VERSUS** | **NO 06-10758** |
| **Y&S MARINE INC., JAMES SYLVE, AND SUPERIOR ENERGY SERVICES, INC.** | **SECTION B(1)** |

**ORDER**

Considering Plaintiff, Marcus Raffield's Motion to Strike Expert (Rec. Doc. No. 63) and the Motion to Expedite Hearing on Motion to Strike (Rec. Doc. No. 64),

**IT IS ORDERED** that the Motion to Expedite is **GRANTED**.

**II IS FURTHER ORDERED** that the Motion to Strike Expert is **DENIED**. Movant fails to show prejudice from addition of this expert. Further, all parties are permitted an extension in order to depose the pertinent witnesses or experts on medical billing issues, limited to one deponent for each side.

New Orleans, Louisiana, this 20th day of February, 2008.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE