UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARCUS RAFFIELD                             CIVIL ACTION

VERSUS                                      NO 06-10758

Y&S MARINE INC., JAMES SYLVE, AND           SECTION B(1)
SUPERIOR ENERGY SERVICES, INC.

**ORDER**

Considering Defendant Superior Energy Services, Inc.'s Motion for Appeal and Review of Magistrate Judge's Order and Ruling (Rec. Doc. No. 67),

**IT IS ORDERED** that the Motion is GRANTED.  Clearly, Movant's motion to compel was filed prior to the discovery deadline date.  Opposing Non-party fails to show prejudice or unnecessary burden stemming from Movant's one-month delay to compel disclosure to its Rule 45 subpoena duces tecum.  The underlying motion to compel disclosure was timely filed.

Accordingly, no later than March 4, 2008 Omega Hospital, LLC shall produce documents responsive to Superior Energy Services, Inc.'s subpoena duces tecum.  *Kendrick v. Heckler*, 778 F.2d 253 (5th Cir. 1985); *Wells v. Sears Roebuck and Co.*, 203 F.R.D. 240 (S.D. Miss 2001).

New Orleans, Louisiana, this 25th day of February, 2008.

IVAN L.R. LEMELLE

UNITED STATES DISTRICT JUDGE